IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**ORIGIN BANK**                                                                  **PLAINTIFF**

**v.**                                                   **CASE NO.: 3:17-CV-920-CWR-LRA**

**MITCHELL CHAD BARRETT**                                  **DEFENDANT**
_____

**NOTICE OF SERVICE OF
MITCHELL CHAD BARRETT'S DESIGNATION OF EXPERT WITNESSES**

Notice is hereby given that Defendant has this day served his *Designation of Expert Witnesses* on all counsel of record.

Respectfully submitted, this the 31st day of August, 2018.

                                       MITCHELL CHAD BARRETT

                     By:     s/John D. Moore
                                       JOHN D. MOORE, MSB No. 10610

Law Offices of John D. Moore, P.A.
301 Highland Park Cove, Suite B (39157)
Post Office Box 3344
Ridgeland, Mississippi  39158-3344
601-853-9131
Fax:  601-853-9139
E-Mail:  john@johndmoorepa.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing, and therefore served, according to the applicable rules, to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

Sarah Elizabeth Wilson, Esq.
sbwilson@cctb.com

  THIS, the 31st day of August, 2018.

                 s/John D. Moore
                 JOHN D. MOORE